UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BANKERS INSURANCE CO., et al.,**

    **Plaintiffs,**

vs.                                                                                         Case No. 8:10-cv-419-T-27EAJ

**THE BANK OF NEW YORK MELLON, et al.,**

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is a Report and Recommendation (Dkt. 91) on U.S. Bank N.A.'s Motion to Dismiss the Second Amended Derivative Complaint, or in the Alternative, Transfer this Action (Dkt. 77). The Magistrate Judge recommends that this action be transferred to the Northern District of Illinois. No objections have been filed.

Upon consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 91) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review.

(1)     U.S. Bank N.A.'s Motion (Dkt. 77) is GRANTED *in part*, to the extent that this action is transferred to the Eastern Division of the Northern District of Illinois. The motion is denied in all other respects, without prejudice to refiling following transfer.

(2)     The clerk is directed to effect transfer and close the file.

**DONE AND ORDERED** this __15th__ day of February, 2012.

                                                                         JAMES D. WHITTEMORE
                                                                         United States District Judge

Copies to: Counsel of Record